**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY W. ARMSTRONG, | No. CIV S-09-2912-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| GERALD C. BENITO, | |
| Defendant. | |
| _____/ | |

Plaintiff, proceeding in pro per, brought this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to the court  by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Having reviewed the entire file, the court concludes that the appeal is not taken in good faith.  For the reasons stated in the court's November 1, 2010, findings and recommendations, plaintiff fails to state a claim upon which relief can be granted.  In addition, it appears this appeal is duplicative of a prior appeal, wherein the Ninth Circuit affirmed this court's judgment on March 16, 2011.

Accordingly, IT IS HEREBY ORDERED that:

1.   This appeal is frivolous and not taken in good faith;

1

1       2.      Plaintiff's in forma pauperis status is revoked; and

2       3.      The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: May 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2