1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JERRY W. ARMSTRONG,                    No. CIV S-09-2912-LKK-CMK

12              Plaintiff,

13        vs.                                  <u>ORDER</u>

14   GERALD C. BENITO,

15              Defendant.

16   _____/

17              Plaintiff, proceeding in pro per, brought this civil rights action pursuant to 42

18   U.S.C. § 1983.   The matter was referred to the court  by the Ninth Circuit Court of Appeals to

19   certify whether the appeal is taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

20              Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in

21   good faith.  For the reasons stated in the court's November 1, 2010, findings and

22   recommendations, plaintiff fails to state a claim upon which relief can be granted.  In addition, it

23   appears this appeal is duplicative of a prior appeal, wherein the Ninth Circuit affirmed this

24   court's judgment on March 16, 2011.

25              Accordingly, IT IS HEREBY ORDERED that:

26              1.        This appeal is frivolous and <u>not</u> taken in good faith;

1

2.      Plaintiff's in forma pauperis status is revoked; and

3.      The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: May 9, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT